UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN RUDOLPH                                           CIVIL ACTION

VERSUS                                                 NUMBER: 06-3514

SHERIFF MARLIN GUSMAN, ET AL.                          SECTION: "C"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute.

New Orleans, Louisiana, this 27th day of November, 2006.

UNITED STATES DISTRICT JUDGE